## CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Jordan D Bucklin  
DEBTOR 2 NAME: Zoe L Ziegler

CASE NUMBER: 2312555-PL652-1707485756317.pdf

I     Robert J Wallace, Jr.     certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on   2/12/2024   :

By First ClassMail:

Jordan D Bucklin,401 Hemming Way,Granite Falls, WA 98252  
Zoe L Ziegler,401 Hemming Way,Granite Falls, WA 98252

Via ECF on the date the pleading was filed:  
Debtor's Attorney

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :   2/12/2024        Signature : *Robert J. Wallace, Jr.*

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Judge:   Marc L. Barreca
Chapter: 13

In Re:

JORDAN D BUCKLIN AND
ZOE L ZIEGLER,

Debtors.

IN CHAPTER 13 PROCEEDING
NO. 23-12555-MLB

NOTICE OF CONTINUED MEETING OF CREDITORS

PLEASE TAKE NOTICE that the **Meeting of Creditors** is CONTINUED to:

Date:              **February 28, 2024**

Time:              **11:00 am**

THE MEETING shall be conducted by telephone:

Conference Line:   **1-866-880-5064**

Participant Code:  **6951575**

IF THE DEBTORS FAIL TO APPEAR AT THE CONTINUED MEETING, THE CHAPTER 13 TRUSTEE MAY APPLY FOR AN ORDER DISMISSING THIS CASE WITHOUT FURTHER NOTICE pursuant to Local Bankruptcy Rule 1017-1(e) and the United States Bankruptcy Court's Notice of Chapter 13 Bankruptcy Case.

Dated: February 09, 2024

/s/ *Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

NOTICE OF CONTINUED MEETING OF CREDITORS

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124