|  | The Honorable Marc L. Barreca |
|---|---|
| 1 | Hearing Date: March 13, 2024 |
| 2 | Hearing Time: 9:00 a.m. |
|  | Chapter 13 |
| 3 | Response Date: March 6, 2024 |
|  | Location: VIA EVERETT ZOOMGOV |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JORDAN D. BUCKLIN and ZOE L. ZIEGLER,

Debtors.

No. 23-12555-MLB

**NOTICE AND MOTION FOR RELIEF FROM STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION**

**NOTICE**

Notice is hereby given that on March 13, 2024, at 9:00 a.m. before the Honorable Marc L. Barreca, via EVERETT ZOOMGOV:

ZOOMGOV ACCESS INFORMATION
Join ZoomGov Meeting
https://www.zoomgov.com/j/1607704823?pwd=TUYxditUQ211OWdNeXVuYlZ5bTdBUT09(link is external)
Meeting ID: 160 770 4823
Passcode: 781136

NOTICE & MOTION FOR RELIEF FROM STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION
(CASE NO.: 23-12555-MLB)
Page 1 of 5

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
1498 Pacific Avenue, Suite 520
-- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052
Case 23-12555-MLB    Doc 17    Filed 02/16/24    Ent. 02/16/24 12:14:39    Pg. 1 of 5

One tap mobile
+16692545252,,1607704823# US (San Jose)
+16692161590,,1607704823# US (San Jose)

Dial by your location
+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 160 770 4823
Find your local number:

https://www.zoomgov.com/u/aCksE5Pde

Nuvision Credit Union will present its Motion for Relief From Stay or, in the Alternative, for Adequate Protection of its security interest in a 2020 Hyundai Palisade, VIN #KM8R4DHE6LU094624. Any response must be filed and served by the response date of March 6, 2024. If no response is filed within the time allowed, the Court may in its discretion grant the motion prior to the hearing without further notice.

## MOTION

Nuvision Credit Union ("hereinafter "Creditor"), moves the Court for an order terminating the automatic stay, pursuant to 11 U.S.C. Sections 362 (d)(1) and 362 (d)(2), and permit it to take any and all actions necessary to repossess and to sell the following described personal property: 2020 Hyundai Palisade, VIN #KM8R4DHE6LU094624

Creditor also moves the Court that enforcement of this order not be stayed for fourteen (14) days pursuant to BR 4001, given that the vehicle is likely to continue to depreciate in value, and it is not believed that any other party will have an objection to such relief being granted.

NOTICE & MOTION FOR RELIEF FROM STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION
(CASE NO.: 23-12555-MLB)
Page 2 of 5

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
1498 Pacific Avenue, Suite 520
-- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

Case 23-12555-MLB    Doc 17    Filed 02/16/24    Ent. 02/16/24 12:14:39    Pg. 2 of 5

This motion is made on the grounds that (1) the debtor is delinquent on his payments to Creditor under a Retail Installment Sale Contract; (2) the interest of Creditor in the vehicle is not adequately protected; (3) there is likely no equity in the debtors' property; and (4) it is not necessary for an effective reorganization.

<u>Obligation and Collateral.</u>   Debtor, Jordan Bucklin, signed a Retail Installment Contract – Simple Finance Charge (the "Contract") on February 8, 2020. Creditor is the holder of the Contract, and the legal owner on the Certificate of Title for a 2020 Hyundai Palisade, VIN #KM8R4DHE6LU094624.

<u>Status of Contract and Balance Owing.</u>   The debtor has failed to make the total monthly payments of $723.88 since November, 2023.  A principal payment was made in November, 2023, but no further payments have been made.  The principal balance owing on the Contract as of the petition date, December 30, 2023, was $29,070.50.  However, there are also late charges, fees and costs.  In addition, interest continues to accrue at the rate of $5.37 per diem.

<u>Value.</u> Relevant industry resources indicate the vehicle's retail value is between $23,300.00 and $32,575.00.  Each day the debtor retains possession of the vehicle, the vehicle's value will continue to decrease, especially if the debtors are continuing to drive and utilize the vehicle.

<u>Possession.</u>   Debtors have indicated that it will relinquish the vehicle to Creditor.  However, to date, Debtors have failed to do so and have failed to surrender the vehicle.

NOTICE & MOTION FOR RELIEF FROM STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION
(CASE NO.: 23-12555-MLB)
Page 3 of 5

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
1498 Pacific Avenue, Suite 520
-- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

Case 23-12555-MLB    Doc 17    Filed 02/16/24    Ent. 02/16/24 12:14:39    Pg. 3 of 5

This Motion is based on the Declaration of Michelle Renee Tasker-Bell, a Bankruptcy Specialist of Creditor, and the records and files herein. A proposed Order is attached.

DATED this 16th day of February, 2024.

**DAVIES PEARSON, P.C.**

    s/ Christopher J. Marston
CHRISTOPHER J. MARSTON, WSB #30571
Attorneys for Nuvision Credit Union

NOTICE & MOTION FOR RELIEF FROM STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION
(CASE NO.: 23-12555-MLB)
Page 4 of 5

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
1498 Pacific Avenue, Suite 520
-- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

Case 23-12555-MLB    Doc 17    Filed 02/16/24    Ent. 02/16/24 12:14:39    Pg. 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

                                                            s/ Christopher J. Marston
CHRISTOPHER J. MARSTON,
WSB #30571
Attorneys for Nuvision Credit Union
Davies Pearson, P.C.
P. O. Box 1657
Tacoma WA 98401-1657
Telephone: 253-620-1500
Fax: 253-572-3052

NOTICE & MOTION FOR RELIEF FROM STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION
(CASE NO.: 23-12555-MLB)
Page 5 of 5

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
1498 Pacific Avenue, Suite 520
-- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

Case 23-12555-MLB    Doc 17    Filed 02/16/24    Ent. 02/16/24 12:14:39    Pg. 5 of 5