# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| IN RE:<br><br>Jordan Bucklin<br>Zoe Ziegler | CASE NO: 23-12555<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>Judge: Judge Barreca<br>Hearing Location: ZoomGov<br>Hearing Date: March 27, 2024<br>Hearing Time: 9:00a<br>Response Date: March 20, 2024 |
|---|---|

On 3/6/2024, I did cause a copy of the following documents, described below,

Motion to Assume Residential Lease, Notice of Hearing and Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/6/2024

/s/ Thomas D. Neeleman
Thomas D. Neeleman  33980
Attorney at Law
Neeleman Law Group
1403 8th Street
Marysville, WA  98270
425 212 4800
eneeleman@expresslaw.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

IN RE:

Jordan Bucklin

Zoe Ziegler

CASE NO: 23-12555

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
Judge: Judge Barreca
Hearing Location: ZoomGov
Hearing Date: March 27, 2024
Hearing Time: 9:00a
Response Date: March 20, 2024

On 3/6/2024, a copy of the following documents, described below,

Motion to Assume Residential Lease, Notice of Hearing and Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/6/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas D. Neeleman
Neeleman Law Group
1403 8th Street
Marysville, WA 98270

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CERTIFIED 9589071052701473147541
WINDERMERE REAL ESTATE
7003 EVERGREEN WAY, SUITE A
EVERETT WA 98203
```