_____
Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JORDAN D. BUCKLIN and ZOE L. ZIEGLER,

                      Debtors.

No. 23-12555-MLB

**ORDER GRANTING RELIEF FROM STAY**

The motion of Nuvision Credit Union (hereinafter "Creditor") for an order terminating the automatic stay and requiring surrender of the vehicle came on for hearing pursuant to notice. Timely notice of the motion was given to the attorney for debtor, if any, the debtor, the trustee, and the U.S. Trustee. Creditor has not received a response to its motion; NOW THEREFORE, IT IS HEREBY ORDERED:

THAT effective immediately the automatic stay is terminated to permit Creditor to take any and all actions necessary to sell the following described personal property:

**ORDER GRANTING RELIEF FROM STAY**
(CASE NO.: 23-12555-MLB)
Page 1 of 2
s:\1xxxx\19xxx\197xx\19700\52 - bucklin\pleadings\order re relief from stay .doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
1498 Pacific Avenue, Suite 520
P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

2020 Hyundai Palisade, VIN #KM8R4DHE6LU094624.  The proceeds from the sale of the vehicle will be applied to the debt owed by debtor to Creditor.

THAT this Order shall apply to and be binding in any bankruptcy proceeding to which this proceeding is converted.  This Order is not stayed from enforcement pursuant to BR 4001.

//// **END OF ORDER** ////

Presented by:

**DAVIES PEARSON, P.C.**

_s/ Christopher J. Marston_
CHRISTOPHER J. MARSTON, WSB #30571
Attorneys for Nuvision Credit Union

**ORDER GRANTING RELIEF FROM STAY**
(CASE NO.: 23-12555-MLB)
Page 2 of 2
s:\1xxxx\19xxx\197xx\19700\52 - bucklin\pleadings\order re relief from stay .doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
1498 Pacific Avenue, Suite 520
P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052